UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOHN COSBY,

          Plaintiff,

  v.                  ORDER
                      04-CV-941A

SUPERINTENDENT JAMES CONWAY, et al.,

         Defendants.

---

  The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). On February 2, 2006, Magistrate Judge Scott filed a Report and Recommendation, recommending that the motion to dismiss the original complaint be denied without prejudice as moot.

  The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

  ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, the motion to dismiss the original complaint is denied without prejudice as moot.

  The case is referred back to Magistrate Judge Scott fur further proceedings.

IT IS SO ORDERED.

                                                   /s/ *Richard J. Arcara*
                                    HONORABLE RICHARD J. ARCARA
                                    CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT

DATED: February  27  , 2006